1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant TRIET HUU NGUYEN

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN FRANCISCO DIVISION
9

10 | UNITED STATES OF AMERICA,        )  CR No. 3-09-70653 EMC
11 |                                   )
   |        Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
12 |                                   )  EXCLUDING TIME UNDER FED. R. CRIM.
   |   v.                              )  P. 5.1 and 18 U.S.C. § 3161
13 |                                   )
   | TRIET HUU NGUYEN                  )
14 |                                   )
   |        Defendant.                 )
15 |                                   )

16

17     Defendant's next appearance on the duty calendar for the defendant's preliminary hearing or
18 arraignment is scheduled for August 11, 2009. The parties now request that the Court continue
19 the date to August 13, 2009. The parties also request that pursuant to Federal Rule of Criminal
20 Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through August
21 13, 2009. The parties agree that, taking into account the public interest in prompt disposition of
22 criminal cases, good cause exists for this extension.
23     The defendant also agrees to exclude for this period of time any time limits applicable
24 under 18 U.S.C. § 3161. The parties agree that the continuance represents the reasonable time
25 necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also
26 agree that the ends of justice served by granting such a continuance outweighed the best interests
27 of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
28     Undersigned defense counsel represents that she has spoken with her client and that he

1 | consents to and joins in this request.
2 | SO STIPULATED:
3 | JOSEPH P. RUSSONIELLO
    United States Attorney
4 |
5 | DATED: July 31, 2009          /s/
6 | ACADIA SENESE
    Special Assistant United States Attorney
7 |
8 | DATED: July 31, 2009          /s/
9 | SHAWN HALBERT
    Assistant Federal Public Defender

For the reasons stated above, the Court finds that the continuance of time for the defendant's preliminary hearing or arraignment from August 11, 2009 to August 13, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A); FED. R. CRIM. P. 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 7/31/09

EDWARD M. CHEN
United States Magistrate Judge